No. 93–1480. ASAM v. HARWOOD. Sup. Ct. Ala. Motion of respondent to strike petition for writ of certiorari denied. Certiorari denied.

No. 93–1634 (A–897). ROUGEAU v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–7839. BAKER v. MARYLAND. Ct. App. Md.;
No. 93–8100. RAMSEY v. MISSOURI. Sup. Ct. Mo.;
No. 93–8226. FORD v. ALABAMA. Sup. Ct. Ala.;
No. 93–8280. TARVER v. ALABAMA. Ct. Crim. App. Ala.; and
No. 93–8399. MONTGOMERY v. OHIO; and GREER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.